1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                     AT SEATTLE

8    CINDY M. ESTRADA,                          CASE NO. C18-5362 RSM

9                    Plaintiff,                 ORDER OF REMAND

10              v.

11   ANDREW M. SAUL, Commissioner of Social
     Security,
12
                     Defendant.
13

14          This matter is before the Court following the Ninth Circuit Court of Appeals' issuance of

15   the mandate in Plaintiff's appeal of this Court's prior orders. Dkt. #28.

16          Plaintiff initiated this action for judicial review, under 42 U.S.C. §§ 405(g) and

17   § 1383(c)(3), of the Commissioner of Social Security's (the "Commissioner") final decision

18   denying her application for Title II Disability Insurance Benefits and Title XVI Supplemental

19   Security Income benefits. Dkt. #4. The Honorable Mary Alice Theiler, United States Magistrate

20   Judge, recommended that this Court affirm the decision of the Commissioner. Dkt. #16.

21   Considering Plaintiff's objections to Judge Theiler's Report and Recommendation ("R&R"), the

22   Court overruled the objections and adopted the R&R, affirming the Commissioner's decision.

23   Dkt. #19. Plaintiff appealed. Dkt. #22.

24

On March 31, 2021, the Ninth Circuit Court of Appeals issued a memorandum decision concluding that administrative review of Plaintiff's application had not enjoyed the benefit of the Ninth Circuit's decision in *Revels v. Berryhill*, 874 F.3d 648 (9th Cir. 2017). The Ninth Circuit characterized *Revels* as "conclude[ing] that the [administrative law judge ("ALJ")] erred in rejecting a claimant's testimony where the ALJ stated that the testimony was 'undercut by the lack of "objective findings" supporting her claims of severe pain' because examinations showing mostly normal results 'are perfectly consistent with debilitating fibromyalgia.'" Dkt. #27 at 2–3 (quoting *Revels*, 874 F.3d at 666). The Ninth Circuit therefore ordered that the Commissioner's prior decision be vacated and that the matter be remanded for reconsideration by the ALJ. *Id.* at 3. The Ninth Circuit's mandate was issued on May 25, 2021. Dkt. #28.

Accordingly, this Court hereby finds and ORDERS that pursuant to sentence six of 42 U.S.C. § 405(g), this matter is REMANDED for further administrative proceedings in a manner consistent with the Ninth Circuit Court of Appeals' memorandum decision.

Dated this 26th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2