U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY M. ESTRADA, | ) |
| Plaintiff, | ) CIVIL NO. 3:18-cv-05362-RSM ) |
| vs. | ) ORDER FOR EXTENSION OF ) TIME TO FILE PLAINTIFF'S ) EAJA REPLY BRIEF |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) ) |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's EAJA Reply Brief shall be filed on or before September 24, 2021.

DATED this 13th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/ EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S EAJA REPLY
BRIEF – [3:18-cv-05362-RSM] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226