UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDY M. ESTRADA,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISISONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 3:18-cv-05362-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND |

This matter comes before the Court on Defendant's "Unopposed Motion for Extension of Time to Respond" to Plaintiff's attorney's, Eitan Yanich, "Cross Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)." Dkt. #77 and #72.  There are competing claims for attorney fees pursuant to 42 U.S.C. § 406(b).  *See* Dkts. #68 and #72.  Defendant requests this extension to consult experts on attorney fees and section 406(b) in order to respond to Attorney Yanich's cross motion.  Dkt. #78 at ¶ 4. Because Defendant has shown good cause and Plaintiff's attorney does not oppose, the Court GRANTS Defendant's motion, Dkt. #77, and ORDERS as follows:

(1) Defendant shall have up to and including February 19, 2024, to file Defendant's response to "Cross Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)," Dkt. #72.; and

ORDER - 1

(2) Plaintiff shall have up to and including February 23, 2024, to file a reply.

DATED this 30th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2